**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JIANBIN ZENG, <br><br>         Plaintiff, <br><br>    v. <br><br> INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A," <br><br>         Defendants. | Case No. 24-cv-02999 <br><br> Honorable Judge Manish S. Shah |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Jianbin Zeng ("PLAINTIFF") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS PLAINTIFF's Motion in part as follows.

This Court finds PLAINTIFF has provided notice to Defendants in accordance with the Temporary Restraining Order entered April 23, 2024, [DOCKET NO. 14] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, PLAINTIFF has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping of paper products using the word "Unicorn", which may be a version of PLAINTIFF's federally registered trademark (the "PLAINTIFF Trademark"), to the United States, including Illinois. *See* Docket No. [4].

This Court also finds that the evidence submitted in support of this Motion and in support of PLAINTIFF's previously granted Motion for Entry of a TRO establishes that PLAINTIFF has demonstrated some likelihood of success on the merits; that no remedy at law exists; and that PLAINTIFF will suffer irreparable harm if the injunction is not granted.

Specifically, PLAINTIFF has proved a *prima facie* case of trademark infringement because (1) the PLAINTIFF Trademark is a distinctive mark and is registered with the U.S. Patent and Trademark Office on the Principal Register, and (2) Defendants are not licensed or authorized to use the PLAINTIFF Trademark. Furthermore, Defendants' continued and unauthorized use of the PLAINTIFF Trademark as a brand- or source-identifier irreparably harms PLAINTIFF through diminished goodwill and brand confidence, damage to PLAINTIFF's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, PLAINTIFF has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. passing off, inducing, or enabling others to sell or pass off any product as a genuine PLAINTIFF product or any other product produced by PLAINTIFF, that is not

PLAINTIFF's or not produced under the authorization, control, or supervision of PLAINTIFF and approved by PLAINTIFF for sale under the PLAINTIFF Trademark; and

b. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of PLAINTIFF, or are sponsored by, approved by, or otherwise connected with PLAINTIFF.

2.   Upon PLAINTIFF's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to PLAINTIFF expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial

accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon PLAINTIFF's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the PLAINTIFF Trademark.

4. PLAINTIFF may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website or by sending an e-mail with the relevant documents to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE 'A'" that shall apply to all Defendants. The combination of providing notice via

4

electronic publication or e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

5. Plaintiff's Pleading(s) [DOCKET NOS. 2-6] and the TRO [DOCKET NO. 14] are unsealed.

6. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

7. The $50,000.00 bond posted by PLAINTIFF shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Judge Manish S. Shah
United States District Judge

Dated: May 21, 2024

**Schedule A**

| No. | Defendant / Seller Alias / Domain Name | URL |
|---|---|---|
| 1 | 木比价国际商贸 | https://www.amazon.com/dp/B0CK1WNWJL?psc=1 |
| 3 | Aimto | https://www.amazon.com/dp/B0CD165SXF?th=1 |
| 4 | Autupy | https://www.amazon.com/Autupy-Unicorn-Tassels-Garland-Decorations/dp/B07NPBCR78/ref=sr_1_214_sspa?crid=1EM39T2JC0KOT&keywords=Unicorn+Paper+banners&qid=1702501072&sprefix=unicorn+paper+banners%2Caps%2C104&sr=8-214-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9tdGY&psc=1 |
| 5 | AYOCO | https://www.amazon.com/dp/B0CHM92Y34?psc=1 |
| 6 | AZOWA | https://www.amazon.com/dp/B0BJ6ZMRK5?th=1 |
| 7 | BBJ WRAPS | https://www.amazon.com/dp/B07SD35718?th=1 |
| 8 | Besutolife | https://www.amazon.com/dp/B07VLM418H?th=1 |
| 9 | Blossom Gift Baskets | https://www.amazon.com/dp/B0C2MND4DR?th=1 |
| 12 | BRTOPMY | https://www.amazon.com/dp/B089S332Y6?psc=1 |
| 13 | Canbosen Home | https://www.amazon.com/dp/B09NJBHSSD?th=1 |
| 15 | Chris. W | https://www.amazon.com/dp/B0CC55L3MH?psc=1 |
| 17 | Fazanwey | https://www.amazon.com/dp/B0BXNPDDXV?psc=1 |
| 18 | FFXBM | https://www.amazon.com/dp/B09162W261?th=1 |
| 20 | Funny Supplies | https://www.amazon.com/dp/B0BV6W1ZS2?psc=1 |
| 26 | IVEN7 | https://www.amazon.com/dp/B08RBSF46C?psc=1 |
| 28 | Just Shimmer | https://www.amazon.com/dp/B0B1QKC3N6?th=1 |
| 30 | Lantun-US | https://www.amazon.com/dp/B0CHJY68QQ?th=1 |
| 31 | LausiTek | https://www.amazon.com/dp/B0B3SS7WL4?th=1 |
| 32 | LEEGEEL | https://www.amazon.com/dp/B08FJ64PDX?th=1 |
| 34 | littlepi | https://www.amazon.com/dp/B0B7J1YG4S?th=1 |
| 35 | lizardsl | https://www.amazon.com/dp/B0BFQSWWW7?th=1 |
| 37 | M5OFBMW | https://www.amazon.com/dp/B0BV71C8F8?th=1 |
| 38 | Meiduo | https://www.amazon.com/dp/B08CHKK4XD?th=1 |
| 39 | nasscaver | https://www.amazon.com/dp/B08KQ73MTQ?th=1 |
| 40 | Nicrolandee | https://www.amazon.com/dp/B0BJ1HXDMN?th=1 |
| 41 | Nikeen | https://www.amazon.com/dp/B08GKJWQ68?psc=1 |
| 42 | Oun Nana | https://www.amazon.com/dp/B0C455NZRC?th=1 |
| 44 | PEIQIONG | https://www.amazon.com/dp/B0BQZLPJM9?th=1 |
| 45 | Phogary US | https://www.amazon.com/dp/B0C48V8QRK?psc=1 |
| 46 | QT-T | https://www.amazon.com/dp/B0C2CJGH3N?th=1 |
| 47 | Rafaella Online | https://www.amazon.com/dp/B0C6G3XZRT?psc=1 |

| 49 | Rocokban | https://www.amazon.com/dp/B0CG27G7CX?th=1 |
|---|---|---|
| 50 | S&S Trading LLC | https://www.amazon.com/dp/B0CMGLTG1B?psc=1 |
| 52 | Sinasasspel | https://www.amazon.com/Sinasasspel-Rainbow-Birthday-Unicorn-Stickers/dp/B08QCZSV5M/ref=sr_1_249?crid=30ANR953HFGJK&keywords=Unicorn+Gift+bags&qid=1700594037&sprefix=unicorn+gift+bags%2Caps%2C194&sr=8-249 |
| 57 | THE STAR RIVER | https://www.amazon.com/dp/B0B8JTL5RC?th=1 |
| 59 | Toconv | https://www.amazon.com/dp/B0BYP7DL86?psc=1 |
| 61 | WEALLIN STORE | https://www.amazon.com/dp/B0BHL6MYDP?th=1 |
| 67 | YINWUJIA | https://www.amazon.com/dp/B09SLJRQTJ?th=1 |
| 68 | Zilue | https://www.amazon.com/dp/B0B4JXSWGR?th=1 |
| 69 | Chitose Preferred home life | https://www.temu.com/16pcs-colorful-paper-lanterns-8-colors-round-paper-lanterns-for-mermaid-unicorn-theme-birthday-party-decoration-girls-baby-shower-party-supplies-paper-lantern-wedding-party-decoration-set-party-supplies-for-bachelorette-engagement-g-601099521326506.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fe376f3dc5eba205d5bfd6a541ffc4175.jpg&spec_gallery_id=2016662232&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTA0OA&search_key=Unicorn%20Paper%20banners&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1706000800768_rznfmygtlg&_x_sessn_id=p72l4w3atf |
| 73 | Shire | https://www.temu.com/6pcs-jelly-fish-paper-lanterns--purple-blue-hanging-lantern-mermaid-unicorn-theme-under-the-sea-ocean-birthday-party-decorations-festival-decoration-party-decoration-holiday-supplies-holiday-arrangement-g-601099513984270.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Ffad87e16fb2d86c7f8574a22da2117fc.jpg&spec_gallery_id=15506028&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=ODQ5&search_key=Unicorn%20Paper%20banners&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1706000800768_rznfmygtlg&_x_sessn_id=p72l4w3atf |
| 74 | Strolling with fingers | https://www.temu.com/3pcs-crepe-paper-streamers-hanging-party-decoration-set-82ft-easter-unicorn-colorful-wedding-baby-bridal-shower-birthday-supplies-g-601099513894873.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F225c5513a04d11a150651ac61b3ad064.jpg&spec_gallery_id=14840187&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Mjcy&search_key=Unicorn%20Wrapping%20paper&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1706171690774_5ew6ihpgnz&_x_sessn_id=p72l4w3atf&is_back=1 |
| 75 | Yuro | https://www.temu.com/6pcs-set-jelly-fish-paper-lanterns-purple--green-blue-hanging-lantern-for-mermaid-unicorn-theme-under-for-hawaiian-tropical-the-sea-ocean-birthday-party-decorations-wedding-halloween-christmas-g-601099530201000.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fcd0d7efb1e7e35146e229bedc8dc42a8.jpg&spec_gallery_id=2043595095&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTk5&search_key=Unicorn%20Paper%20party%20decorations&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1706081079286_9nvwn6wt8c&_x_sessn_id=p72l4w3atf |
| 76 | Act 2 Discount Store | https://www.walmart.com/ip/50269615 |

| 77 | ArcHome | https://www.walmart.com/ip/501918640 |
|----|---------|-------------------------------------|
| 79 | BonBon Paper | https://www.walmart.com/ip/596933905 |
| 80 | ENTASSER | https://www.walmart.com/ip/1865497582 |
| 81 | FLANCCI | https://www.walmart.com/ip/2848425204 |
| 82 | Neptune Technologies | https://www.walmart.com/ip/5158581665 |
| 84 | Party N Beyond | https://www.walmart.com/ip/365109020 |
| 85 | ShangHaiNieXiMaoYiYouXianGongSi | https://www.walmart.com/ip/2435136341 |
| 86 | Waltona Shop | https://www.walmart.com/ip/Circle-Garlands-Iridescent-Party-Supplies-Hanging-Streamer-Backdrop-Kids-Unicorn-Mermaid-Theme-Birthday-Decorations-Baby-Shower-Graduation-Wedding-Di/5126382397?from=/search |
| 87 | Binder Group LLC | https://www.walmart.com/ip/Way-to-Celebrate-Rainbow-Dreamy-Unicorn-Paper-Dessert-Plates-7in-10ct/215782524?from=/search |
| 88 | Duoli | https://us.shein.com/1PC-Rainbow-Birthday-Cake-Decoration-Cute-Cartoon-Rainbow-Cake-Toppers-Kids-Girls-Happy-Rainbow-Cloud-Unicorn-Birthday-Cupcake-Decor-p-16983483.html?src_identifier=st%3D2%60sc%3DUnicorn%20Paper%20cake%20toppers%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_search1706229952438&mallCode=1&imgRatio=1-1 |